R. Andrew BEENY,
Plaintiff/Respondent,

v.

Ronald L. BOGGS,
Defendant/Appellant.

No. ED 76399.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 8, 2000.

Betty ROTHERMICH, Personal Representative of the Estate of Kenneth J. Rothermich, Respondent,

v.

Ronald L.Boggs, St. Charles, for appellant.

R. Andrew Beeny, Clayton, for respondent.

Before: GARY M. GAERTNER, P.J., PAUL J. SIMON, J., and JAMES R. DOWD, J.

*ORDER*

PER CURIAM.

This is an appeal from judgment against appellant confirming an arbitration award, converting the award to judgment, and ordering pay-out of escrowed funds. We have reviewed the briefs of the parties and the record on appeal and conclude that no error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b). Appellant's motion to strike is denied.